RECEIVED
NOV 1 3 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **MARIA AIDE DELGADO** **FED. REG #68452-179** VS. | CIVIL ACTION NO. 6:12-cv-0347 SECTION P JUDGE REBECCA F. DOHERTY |
| **UNITED STATES MARSHALS** | MAGISTRATE JUDGE C. MICHAEL HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil action against the United States Marshal Service, insofar as it arises pursuant to the Federal Torts Claims Act (FTCA), be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction based upon plaintiff's admitted failure to exhaust the administrative remedies mandated by 28 U.S.C. § 2675(a) prior to filing her civil action.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this _13_ day of _November_, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE