RECEIVED
NOV 1 8 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA AIDE DELGADO<br>FED. REG #68452-179 | CIVIL ACTION NO. 6:12-cv-0347 |
| VS. | SECTION P |
| | JUDGE HAIK |
| UNITED STATES MARSHAL | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

This Court hereby certifies that Delgado's appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Rule 24(a) of the Federal Rules of Appellate Procedure. Accordingly, Delgado's Motion to pursue her appeal *in forma pauperis* [rec. doc. 59] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers at Lafayette, Louisiana, this 18 day of November, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE